CITY OF HARTFORD *v.* STANLEY V. TUCKER ET AL.
(11859)

FOTI, LAVERY and FREEDMAN, Js.

Argued February 23—decision released March 22, 1994

*Stanley V. Tucker,* pro se, the appellant (named defendant).

*Michael C. Collins,* for the appellee (plaintiff).

PER CURIAM. By stipulation of the parties and with the approval of this court, we conclude that the awarding of committee fees and expenses by the trial court was improper.

The order is reversed and the matter is remanded with direction to deny the motion for committee fees and expenses.